```
 1  WILLIAM G. MALCOLM
    KEVIN HAHN #9821
 2  MALCOLM ♦ CISNEROS, a Law Corporation
    2112 Business Center Drive, Second Floor
 3  Irvine, California 92612
    (949) 252-9400 (TELEPHONE)
 4  (949) 252-1032 (TELECOPIER)
 5  Attorneys for Secured Creditor,
    Wells Fargo Bank, N.A.
 6
 7
 8                UNITED STATES BANKRUPTCY COURT
 9              DISTRICT OF NEVADA, LAS VEGAS DIVISION
10
11  In re:                        )  Bankruptcy No. 09-22555-bam
                                  )
12  LUIS RAUL RODRIGUEZ and       )  Chapter 13
    LISA ANN RODRIGUEZ,           )
13                                )  REQUEST FOR SPECIAL NOTICE
                                  )
14            Debtor(s).          )  (No Hearing Date Required)
                                  )
15  ─────────────────────────────
16       PLEASE TAKE NOTICE that WELLS FARGO BANK, N.A., by and
17  through its attorneys of record, MALCOLM ♦ CISNEROS, a Law
18  Corporation, requests, pursuant to Rules 2002 and 9010 of the
19  Federal Rules of Bankruptcy Procedure, that all notices sent in
20  this case and all papers and pleadings filed in this case be
21  served upon the undersigned as follows:
22              William G. Malcolm, Esq.
                MALCOLM ♦ CISNEROS, a Law Corporation
23              2112 Business Center Drive, 2nd Floor
                Irvine, California 92612
24
25  DATED: July 24, 2009    MALCOLM ♦ CISNEROS
26
                            By:/s/William G. Malcolm
27                             WILLIAM G. MALCOLM
                               Attorneys for Secured Creditor,
28                             Wells Fargo Bank, N.A.
```

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA )
                    )   ss.
COUNTY OF ORANGE    )

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California, 92612.

On July 27, 2009, I served the following document described as **REQUEST FOR SPECIAL NOTICE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California **(and via telecopy or overnight mail where indicated)**, addressed as follows:

> Luis Raul Rodriguez
> Lisa Ann Rodriguez
> 10209 Dupage Ave.
> Las Vegas, NV 89135
>
> Brett J. Marshall
> Omar Law Office
> 6600 W. Charleston Blvd.
> Suite 134
> Las Vegas, NV 89146
>
> Kathleen A. Leavitt
> Chapter 13 Trustee
> 201 Las Vegas Blvd., So.
> #200
> Las Vegas, NV 89101

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2009, at Irvine, California.

/S/ Gabriela Nieves
GABRIELA NIEVES