

**Entered on Docket
February 03, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

_____

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV 89101
(702) 853-0700
kal13mail@las13.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| LUIS RAUL RODRIGUEZ | CASE NO: BKS-09-22555-BAM |
| LISA ANN RODRIGUEZ | |
| | Hearing Date:   January 28, 2010 |
| | Hearing Time:   1:30 pm |

### ORDER CONFIRMING THE DEBTOR(S) PLAN #3 and AWARDING FEES TO THE DEBTOR(S) ATTORNEY

   The confirmation of the Debtor's Plan and the allowance of Debtor attorney fees, having come on for hearing before the United States Bankruptcy Court, and there appearing the Chapter 13 Trustee or designee, and with good cause appearing, it is hereby

   ORDERED that any Objections to Confirmation have been resolved, and it is further

   ORDERED that the Court finds that Debtor(s) have filed all documentation required by 11 U.S.C. § 521(a)(1) and the requirements for Confirmation pursuant to 11 U.S.C §1325 have been met; and it is further

   ORDERED that the CHAPTER 13 PLAN #3,  filed 01/12/2010, Docket #43, is confirmed; it is further

   ORDERED that, pursuant to 11 U.S.C. § 330, the fees in the amount of $4,000.00 of which $1,500.00 was paid to such attorney prior to the filing of the petition and the balance of $2,500.00 which shall be paid by the Trustee pursuant to the Plan, shall be approved.

Submitted by:

/s/Kathleen A. Leavitt
CHAPTER 13 BANKRUPTCY TRUSTEE

Approved

 /s/LAW OFFICES OF IHAB T OMAR
LAW OFFICES OF IHAB T OMAR
6600 West Charleston Blvd Ste: 134,
Las Vegas, NV  89146

Rev 12/8/2006